■ In the Matter of SWEITZER RESTAURANT, INC., Petitioner, v STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated August 1, 1978, which, after a hearing, revoked petitioner's restaurant liquor license. Determination confirmed and proceeding dismissed on the merits, with costs. The State Liquor Authority's determination is adequately supported by the record. Martuscello, J. P., Latham, Damiani and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER BILLITERI, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Suffolk County, imposed February 2, 1978. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Suozzi, J. P., Gulotta, Shapiro and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. CAPLE, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered February 10, 1977, convicting him of robbery in the first and second degrees, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the conviction of robbery in the second degree, and the sentence imposed thereon. As so modified, judgment affirmed. Defendant was not specifically charged in the indictment with robbery in the second degree, and, under the facts of this case, it is not an inclusory concurrent count of the charged crime of robbery in the first degree of which defendant was convicted. Accordingly, the conviction for robbery in the second degree may not stand. Martuscello, J. P., Latham, Damiani and Titone, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN CAREY, Appellant.—Judgment of the Supreme Court, Queens County, rendered October 20, 1977, affirmed (see *People v Dixon,* 29 NY2d 55). Suozzi, J. P., Gulotta, Shapiro and Margett, JJ., concur.